IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE EHRHEART, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>BOSE CORPORATION,<br><br>Defendant. | Civil Action No. 07-0350<br><br>**ELECTRONICALLY FILED** |

**ORDER**

AND NOW, this 6th day of March, 2008, it is hereby ORDERED, ADJUDGED, and DECREED that Defendant's Motion for Certification of Interlocutory Appeal and Stay is DENIED.

BY THE COURT:

Judge Gary L. Lancaster
Magistrate Judge Amy Reynolds Hay