IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| NICHOLE EHRHEART, individually and on behalf of all others similarly situated, | C.A. NO. 2:07-cv-000350 - GLL-ARH |
| Plaintiff, | Judge: Gary L. Lancaster |
| v. | Magistrate Judge: Amy Reynolds Hay |
| BOSE CORPORATION, | |
| Defendant. | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the parties hereto, through counsel, stipulate to the dismissal with prejudice of all claims against the Defendant, Bose Corporation, with all rights of appeal being waived, and each party to bear its own attorneys' fees and costs.

**Nicole Ehrheart**

By her attorneys,

/s/ Bruce Carlson
R. Bruce Carlson
Stephanie K. Goldin
Carlson Lynch
P.O. Box 367
231 Melville Lane
Sewickley, PA 15143
(412) 749-1677
Email: bcarlson@carlsonlynch.com

**Bose Corporation**

By its attorneys,

/s/ John J. Regan
Robert D. Finkel
Pa. I.D. #71130
rfinkel@mmlpc.com
Louis A. Depaul
Pa. I.D. #93823
ldepaul@mmlpc.com
Manion McDonough & Lucas, P.C.
600 Grant Street, Suite 1414

Gary F. Lynch
Carlson Lynch Ltd
36 N. Jefferson Street
P.O. Box 7635
New Castle, PA 16107
(724) 656-1555
Email: glynch@carlsonlynch.com

Pittsburgh, PA 15219-2702
(412) 232-0200
(412) 232-0206 – fax
John J. Regan (*admitted pro hac vice*)
john.regan@wilmerhale.com
Karen D. Stringer (*admitted pro hac vice*)
karen.stringer@wilmerhale.com
WilmerHale
60 State Street
Boston, MA 02109
617-526-6000
617-526-5000 - fax

Dated: July 29, 2008

SO ORDERED, this 31st day of July, 2008.

_____
Gary L. Lancaster, U.S. District Judge